IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § PLAINTIFF, § § vs. § CVS PHARMACY, INC., § § DEFENDANT. § § | C.A. NO. 4:07-CV-03162 JURY TRIAL DEMANDED |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Equal Employment Opportunity Commission respectfully requests that its claims against Defendant be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By:   /s/ Kathy D. Boutchee
       Kathy D. Boutchee
       Attorney-in-Charge
       SDN: 10145
       TBN: 02717500
       Houston District Office
       1919 Smith Street, 7th Floor
       Houston, Texas 77002
       (713) 209-3399
       Fax: (713) 209-3402

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that I have discussed this Motion with J. Bradley Spalding, counsel for Defendant, and that he is not opposed to the relief sought, or the agreement that the parties will bear their own fees and costs.

/s/ Kathy D. Boutchee_____
Kathy D. Boutchee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served on the following counsel of record via electronic notice from the U.S. District Clerk on August 27, 2008:

J. Bradley Spalding
Fazila Issa
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010

/s/ Kathy D. Boutchee_____
Kathy D. Boutchee