IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| PLAINTIFF, | § § | C.A. NO. 4:07-CV-03162 |
| VS. | § § | JURY TRIAL DEMANDED |
| CVS PHARMACY, INC., | § § | |
| DEFENDANT. | § § | |

## ORDER OF DISMISSAL

Pursuant to the Unopposed Motion to Dismiss with Prejudice filed by Plaintiff Equal Employment Opportunity Commission, dismissal is hereby GRANTED.

It is therefore ORDERED that all Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Signed on this 28TH day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE